UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Demarais,                           Civil No. 16-293 (JNE/TNL)

    Plaintiff,

v.                                         ORDER

Gurstel Chargo, P.A. and
RAzOR Capital, LLC,

    Defendants.

On November 21, 2017, the parties filed a joint Stipulation of Dismissal with Prejudice [Docket No. 36]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated:  November 22, 2017

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge